1

2

3

4

5

6

7                              IN THE UNITED STATES DISTRICT COURT

8                           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    MIGUEL J. LANGE,                           1:05-CV-1605 REC DLB P

11            Plaintiff,

12        vs.                                    ORDER TO SUBMIT APPLICATION
                                                 TO PROCEED IN FORMA PAUPERIS
13    J. KLARICH, et al.,                        **OR** FILING FEE

14
              Defendants.
15    _____/

16            Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

17    § 1983.  Plaintiff has not paid the $250.00 filing fee, or submitted an application to proceed in forma

18    pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY

19    ORDERED that:

20            1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

21    pauperis.

22            2.  Within thirty days of the date of service of this order, plaintiff shall submit a

23    completed application to proceed in forma pauperis, or in the alternative, pay the $250 filing fee for this

24    action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

25        IT IS SO ORDERED.

26     **Dated:    February 17, 2006**                    **/s/ Dennis L. Beck**
      3c0hj8                                       UNITED STATES MAGISTRATE JUDGE
27

28