UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MIGUEL J. LANGE,  1:05-cv-01605-AWI-DLB-P

    Plaintiff,  **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 6)

vs.

    **ORDER DISMISSING ACTION**

J. KLARICH, et al.,

    Defendants.
_____/

    Plaintiff, Miguel J. Lange ("plaintiff"), a prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 4, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff, in Corcoran, and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within fifteen (15) days. On June 5, 2006, the United States Postal Service returned the order served on plaintiff. A notation on the envelope indicated: Return to Sender - Not

1

1  deliverable as addressed.  Therefore, the court re-served
2  plaintiff, in San Diego, with same on June 6, 2006.  To date,
3  plaintiff has not filed objections to the Magistrate Judge's
4  Findings and Recommendation.
5     In accordance with the provisions of 28 U.S.C.
6  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
7  <u>de novo</u> review of this case.  Having carefully reviewed the
8  entire file, the Court finds the Findings and Recommendation to
9  be supported by the record and by proper analysis.
10    Accordingly, IT IS HEREBY ORDERED that:
11    1.  The Findings and Recommendation, filed May 4, 2006, are
12 ADOPTED IN FULL; and,
13    2.  This action is DISMISSED for plaintiff's failure to
14 prosecute.

16 IT IS SO ORDERED.

17 **Dated:    September 23, 2006**             /s/ Anthony W. Ishii
   0m8i78                                UNITED STATES DISTRICT JUDGE